Kurt KASLER; Laura Kasler, The People of North Carolina, ex rel, Plaintiffs–Appellants,

v.

Carol HOWARD, Commissioner of Division of Motor Vehicles, North Carolina Department of Transportation, Defendant–Appellee.

No. 03–1618.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 9, 2003.

Decided Oct. 16, 2003.

Kurt Kasler, Laura Kasler, Appellants Pro Se. Jeffrey Reid Edwards, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kurt and Laura Kasler appeal the district court's judgment granting the Appellees' motion to dismiss and dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kasler v. Howard*, No. CA–03–46–3 (W.D.N.C. Apr. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*